

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-16-00257-CV
_____

SANDRA KELLEY, APPELLANT

V.

FIRST BANK & TRUST COMPANY, APPELLEE

On Appeal from the County Court
Hill County, Texas
Trial Court No. 53,205, Honorable Justin W. Lewis, Presiding

September 15, 2016

MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, Sandra Kelley, appearing *pro se*, filed a notice of appeal on May 31, 2016. The clerk's record was due July 22, 2016. On August 1, 2016, the district clerk notified us that Kelley had not paid nor made arrangements to pay for the clerk's record. *See* TEX. R. APP. P. 35.3(a)(2). By letter dated August 1, 2016, we directed Kelley to make payment arrangements acceptable to the district clerk by August 16, 2016. Failure to do so, we advised, would result in dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

To date, Kelley has not made payment arrangements for the clerk's record nor has she filed any response to the Court's letter.  The appeal is therefore dismissed for want of prosecution, Kelley's failure to comply with requirements of the Appellate Rules, and Kelley's failure to comply with this Court's order.  TEX. R. APP. P. 37.3(b); 42.3(b), (c).

Per Curiam